# STAHL COWEN CROWLEY ADDIS LLC

### ATTORNEYS

12th Floor
55 West Monroe Street
Chicago, IL 60603

312.641.0060
312.641.6959 Fax

| | |
|---|---|
| Michael Hollerich | PAGE: 1 |
| 4426 Laren Lane | 02/01/2016 |
| Dallas  TX  75244 | CLIENT NO:   34653-001M |
| | STATEMENT NO:       737847 |

Hollerich v. Acri

## FEES

| | | | HOURS |
|---|---|---|---|
| 01/04/2016 | MLM | Review documents regarding subpoenas/draft list of tasks; Send correspondence to M. Hollerich regarding subpoenas. | 0.50 |
| 01/05/2016 | MLM | Telephone call with M. Hollerich regarding subpoenas; Prepare petition for fees. | *NO CHARGE* |
| 01/06/2016 | MLM | Telephone call with R. Hirsch regarding documents from Desouza; send correspondence to R. Hirsch regarding documents; correspondence to D. Miller regarding discovery responses. | 0.70 |
| | JPK | Conference with M. Mathias regarding case and subpoenas to financial institutions; review pleadings in preparation for drafting discovery. | 0.75 *NO CHARGE* |
| 01/07/2016 | MLM | Draft rule 37 letter; draft petition for attorneys fees. | 1.00 *NO CHARGE* |
| 01/11/2016 | MLM | Review discovery requests received from Disonza. | 0.50 |
| 01/12/2016 | MLM | Send correspondence to client with a plan for discovery and subpoenas; review interrogatories. | 0.50 |
| 01/13/2016 | MLM | Telephone call with M. Hollerich regarding next steps (N/C); Follow up email regarding default judgment; Draft Notices of Deposition for J. DeSouza deposition; draft rule 37 Letter; Draft Motion for Default Judgement vs. Acri. | 2.00 |
| | EJM | Review materials; prepare subpoenas and notice of depositions | 1.00 |
| | JPK | Draft three subpoenas to financial institutions in effort to trace investment payments; conference with M. Mathias regarding same. | 1.75 |
| 01/14/2016 | MLM | Revise notices of deposition and subpoenas to William Hayes and Clayton Lawrie; send subpoenas to Chase and American. | 1.50 |
| | EJM | Draft subpoenas and notices of deposition; draft rule 37 letter; review pleadings | 1.70 |
| 01/18/2016 | MLM | Review notices of deposition; review subpoenas; draft correspondence to | |

PAGE: 2
02/01/2016
CLIENT NO:  34653-001M
STATEMENT NO:       737847

Michael Hollerich

Hollerich v. Acri

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  |  | client regarding update. | 1.00 | *NO CHARGE* |
|  | EJM | Review discovery responses; draft rider for subpoena requests; research address for subpoena respondents | 2.10 | *NO CHARGE* |
| 01/19/2016 | MLM | Review subpoenas and dates; follow up with counsel regarding documents. | 0.30 | *NO CHARGE* |
| 01/21/2016 | MLM | Evaluate lack of response by Kenilworth; revise Declaration of M. Mathias. | 1.00 | *NO CHARGE* |
| 01/22/2016 | MLM | Review and sign Rule 32 letters to DeSouza and Kenilworth regarding insufficient and failure to require discovery. | 0.50 |  |
|  | EJM | Draft Rule 37 Letter to KAM. | 0.60 |  |
| 01/28/2016 | MLM | Exchange correspondence with Kenilworth's counsel regarding discovery issues; Telephone call with Bank's counsel regarding same. | 0.30 | *NO CHARGE* |
|  | EJM | Correspondence with opposing counsel regarding upcoming depositions; conference with opposing counsel regarding the same | 0.40 |  |
|  |  |  | 11.65 | 3,912.00 |

## COSTS

| 01/25/2016 | Stern Process & Investigation, LLC- Service | 55.00 |
|---|---|---|
| 01/26/2016 | Stern Process & Investigation, LLC- Service of subpoena to Clayton Lawrie | 55.00 |
|  |  | 110.00 |

**TOTAL FEES & COSTS**                                                     4,022.00

**PLEASE REMIT**                                                     $4,022.00

**PLEASE NOTE CLIENT AND STATEMENT NUMBER WITH PAYMENT.**

# STAHL COWEN CROWLEY ADDIS LLC

### ATTORNEYS

12th Floor
55 West Monroe Street
Chicago, IL 60603

312.641.0060
312.641.6959 Fax

|  |  |
|---|---|
| Michael Hollerich | PAGE: 1 |
| 4426 Laren Lane | 03/01/2016 |
| Dallas TX 75244 | CLIENT NO: 34653-001M |
|  | STATEMENT NO: 738364 |

Hollerich v. Acri

### **FEES**

|  |  |  | | HOURS |
|---|---|---|---|---|
| 02/01/2016 | MLM | Review documents from Kenilworth; exchange correspondence with client regarding deposition strategy. | | 0.50 |
|  | EJM | Correspondence with opposing counsel regarding production of documents. | | 0.20 |
| 02/02/2016 | MLM | Evaluate strategy for depositions and default judgment; exchange correspondence with R. Hirsch; correspondence to client with strategy questions. | | 0.50 |
|  | EJM | Review pleadings and discovery documents; correspondence with opposing counsel regarding discovery disputes | | 1.60 |
| 02/03/2016 | MLM | Draft responses to DeSouza interrogatories; Prepare motion for default judgment. | | 1.00 |
|  | EJM | Review documents produced by KAM. | | 1.60 |
| 02/04/2016 | EJM | Conference with opposing counsel regarding discovery responses; review documents produced by KAM | | 1.10 |
| 02/05/2016 | MLM | Confer with E. Malnar regarding discovery and possible judgment vs. Kenilworth; exchange correspondence with client; follow-up on Desouza affidavit; draft responses to interrogatories. | | 1.50 |
|  | EJM | Court appearance regarding status on discovery. | | 1.00 |
| 02/10/2016 | MLM | Telephone call with L. Hollerich. Exchange correspondence with R. Hirsch re: motion to withdraw (N/C). | | 0.50 *NO CHARGE* |
| 02/17/2016 | MLM | Evaluate case strategy and identify issues per client request. (.5 - N/C) | | 0.50 *NO CHARGE* |
| 02/18/2016 | MLM | Exchange correspondence with L. Hollerich regarding case status and next steps; send client requested information (.5 - N/C). | | 0.50 *NO CHARGE* |
| 02/19/2016 | MLM | Review redacted invoices; draft notice of motion; revise declaration; finalize and file motion and supporting documents send update to client. | | 0.30 |

PAGE: 2

Michael Hollerich

03/01/2016

CLIENT NO:  34653-001M

STATEMENT NO:      738364

Hollerich v. Acri

HOURS

| | | | | |
|---|---|---|---|---|
| 02/24/2016 | MLM | Send update to client regarding fees issue, Desouza's counsel and discovery issues. | 0.30 | |
| | MJL | Prepared for/appeared in Court regarding Motion for Attorneys' Fees | 1.30 | |
| 02/26/2016 | MLM | Telephone call with with Chase bank regarding subpoena response; correspondence to counsel for Desouza regarding interrogatory response; correspondence to counsel for KAM regarding Clayton dep. | 0.30 | |
| 02/29/2016 | EJM | Correspondence with client and opposing counsel regarding discovery and depositions; review draft answers to discovery | 0.50 | |
| | | | 11.70 | 3,803.00 |

**PREVIOUS UNPAID BALANCE** $4,022.00

**TOTAL FEES & COSTS** 3,803.00

*Courtesy Discount* -2,000.00

**PLEASE REMIT** $5,825.00

**PAST DUE AMOUNTS**

| 0-30 | 31-60 | 61-90 | 91-120 | 121-180 | 181+ |
|---|---|---|---|---|---|
| 4,022.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

**PLEASE NOTE CLIENT AND STATEMENT NUMBER WITH PAYMENT.**

<u>STAHL COWEN CROWLEY ADDIS LLC</u>

ATTORNEYS

12th Floor
55 West Monroe Street
Chicago, IL 60603

312.641.0060
312.641.6959 Fax

Michael Hollerich

PAGE: 1
04/01/2016
CLIENT NO: 34653-001M
STATEMENT NO: 738914

4426 Laren Lane
Dallas  TX  75244

Hollerich v. Acri

<u>**FEES**</u>

| | | | HOURS | |
|---|---|---|---|---|
| 03/11/2016 | MLM | Exchange correspondence with L. Hollerich regarding depositions. (0.2 - N/C) | 0.20 | |
| 03/14/2016 | MLM | Draft re-notice of deposition and file; exchange correspondence with client regarding deposition schedule. (0.5 - N/C) | 0.50 | |
| 03/21/2016 | MLM | Prepare for deposition this week; evaluate discovery issues (discovery closes April 4). (2.0 - N/C) | 2.00 | |
| 03/23/2016 | MLM | Prepare for deposition of C. Lawrie tomorrow; draft outline; review deposition notices for Laura and Michael; review rule 37 letter regarding Desouza interrogatory issue; review 500 pages of documents. | 2.50 | *NO CHARGE* |
| 03/24/2016 | MLM | Exchange correspondence with D. Miller regarding rescheduling deposition (N/C); review motion filed by Desouza to extend discovery; review correspondence from Desouza regarding responses to her interrogatories and deposition dates for Hollerich. | 0.50 | *NO CHARGE* |
| 03/28/2016 | MLM | Exchange correspondence with L. Hollerich regarding conference call and deposition scheduling; review interrogatory draft response; review motion filed by Hirsch and correspondence regarding status of new Desouza documents. | 0.75 | *NO CHARGE* |
| 03/30/2016 | MLM | Exchange emails with L. Hollerich regarding depositions and next steps; telephone call with L. Hollerich regarding same. (0.3 - N/C) | 0.30 | |
| 03/31/2016 | MLM | Exchange correspondence with attorneys regarding deposition scheduling; review interrogatory responses; telephone call with L. Hollerich regarding next steps. (0.5 - N/C) | 0.50 | |
| | JPK | Review pleadings and production documents; conference with M. Mathias regarding depositions and discovery. | 2.75 | |
| | | | 6.25 | 935.00 |

**PREVIOUS UNPAID BALANCE**                                                                                    $5,825.00

PAGE: 2
04/01/2016
CLIENT NO: 34653-001M
STATEMENT NO: 738914

Michael Hollerich

Hollerich v. Acri

**TOTAL FEES & COSTS**                                                           935.00

### PAYMENTS

03/21/2016          Payment on account                                          -4,022.00

**PLEASE REMIT**                                                              $2,738.00

**PAST DUE AMOUNTS**

| 0-30 | 31-60 | 61-90 | 91-120 | 121-180 | 181+ |
|------|-------|-------|--------|---------|------|
| 0.00 | 1,803.00 | 0.00 | 0.00 | 0.00 | 0.00 |

**PLEASE NOTE CLIENT AND STATEMENT NUMBER WITH PAYMENT.**

# STAHL COWEN CROWLEY ADDIS LLC

### ATTORNEYS

12th Floor
55 West Monroe Street
Chicago, IL 60603

312.641.0060
312.641.6959 Fax

| | |
|---|---|
| | PAGE: 1 |
| Michael Hollerich | 05/02/2016 |
| 4426 Laren Lane | CLIENT NO: 34653-001M |
| Dallas TX 75244 | STATEMENT NO: 739982 |

Hollerich v. Acri

### **FEES**

| | | | HOURS |
|---|---|---|---|
| 04/04/2016 | MLM | Attend court status regarding close of discovery; send update to client; exchange correspondence with D. Miller regarding scheduling depositions in April and May; follow up on Acri's criminal case. | 1.00 |
| 04/05/2016 | MLM | Telephone call with S. Dorger (Acri attorney - criminal case); draft subpoena to Attorney General; correspondence to L. Hollerich regarding update (N/C); conference with JPK regarding background (N/C); review criminal docket. | 0.75 |
| 04/07/2016 | MLM | Telephone call with E. Snow (investigator) regarding Acri and other documents. | 0.50 |
| 04/11/2016 | MLM | Send correspondence to attorneys regarding deposition scheduling in May; correspondence to S. Dorger (AG) regarding meeting this week. | 0.20 |
| 04/12/2016 | MLM | Exchange correspondence to AG's office regarding meeting (0.2 - N/C); correspondence to R. Hirsch regarding documents from Desouza; send update to client; prepare for meeting. | 0.50 |
| 04/13/2016 | MLM | Meeting with E. Snow and S. Dorger regarding Attorney General's case against Acri; send update to client. | 1.00 |
| 04/18/2016 | JPK | Review correspondence related to deposition scheduling; review documents in preparation for drafting discovery responses and taking depositions. | 1.75 |
| 04/20/2016 | JPK | Correspondence regarding scheduling depositions. | 0.25 |
| 04/28/2016 | JPK | Review correspondence from opposing counsel; correspond with opposing counsel regarding discovery dates; conference with M. Mathias regarding same. | 0.50 *NO CHARGE* |
| | JPK | Draft discovery responses. | 2.25 |
| 04/29/2016 | JPK | Telephone conference with opposing counsel regarding depositions and discovery responses. | 0.50 |

Michael Hollerich

PAGE: 2
05/02/2016
CLIENT NO:  34653-001M
STATEMENT NO:       739982

Hollerich v. Acri

HOURS

| 05/13/2016 | JPK | Correspondence with opposing counsel regarding motion to extend discovery, payment of sanction award, depositions, production of documents and settlement; multiple telephone conferences with opposing counsel regarding same; review draft motion to extend discovery; conference with M. Mathias regarding claims and subpoena. | 2.50 | |
|---|---|---|---|---|
| | | | 11.20 | 3,847.50 |

## COSTS

| 03/01/2016 | JPMorganChase- Subpoena Review | 116.36 |
|---|---|---|
| | | 116.36 |

**PREVIOUS UNPAID BALANCE**                                            $2,738.00

**TOTAL FEES & COSTS**                                                    3,963.86

## PAYMENTS

| 05/03/2016 | Payment on account | -2,738.00 |
|---|---|---|

**PLEASE REMIT**                                                          $3,963.86

**PLEASE NOTE CLIENT AND STATEMENT NUMBER WITH PAYMENT.**

# STAHL COWEN CROWLEY ADDIS LLC

ATTORNEYS

12th Floor
55 West Monroe Street
Chicago, IL 60603

312.641.0060
312.641.6959 Fax

Michael Hollerich
4426 Laren Lane
Dallas  TX  75244

PAGE: 1
07/01/2016
CLIENT NO:  34653-001M
STATEMENT NO:      741383

Hollerich v. Acri

## FEES

| | | | HOURS |
|---|---|---|---|
| 05/06/2016 | JPK | Correspondence and conference calls with opposing counsel regarding discovery disputes and depositions; review documents in preparation for depositions. | 2.50 |
| 05/09/2016 | MLM | Telephone call with L. Hollerich regarding preparation for her deposition tomorrow; conference with and process regarding depositions tomorrow; review correspondence regarding same; draft subpoena to Attorney General's office. | 1.00 |
| | JPK | Prepare for depositions of C. Lawrie (1.75) and L. Hollerich (1.75); finalize discovery responses (.75); correspondence regarding same (.25). | 4.50 |
| 05/10/2016 | MLM | Confer with JPK regarding additional issues for inquiry in depositions; meeting with L. Hollerich regarding depositions (0.75 - N/C). | 0.75 NO CHARGE |
| | JPK | Attendance at and preparation for depositions of C. Lawrie (4.25) and L. Hollerich (3.5); conference with M. Mathias regarding depositions (.75). | 8.50 |
| 05/12/2016 | MLM | Draft subpoena to Attorney General's office regarding financial records. | 0.40 NO CHARGE |
| 05/13/2016 | MLM | Revise rider to Agreement subpoena; draft notice of issuance of subpoena and serve on opposing counsel; send subpoena to AG's office; review motion for extension filed by DeSouza. | 1.00 |
| 05/16/2016 | JPK | Review Rule 37 discovery dispute letter provided by opposing counsel; correspondence regarding same. | 0.75 |
| 05/17/2016 | MLM | Telephone call with E. Snow regarding status of AG's response to subpoena. | 0.20 |
| | JPK | Telephone conference with client regarding status and strategy; conference call with counsel for KAM regarding settlement and sanction; conference with M. Mathias regarding status and strategy. | 1.25 |
| 05/19/2016 | MLM | Prepare for court; attend court status; send update to client; follow up with E. Snow regarding response to subpoena. | 1.25 |

Michael Hollerich

Hollerich v. Acri

PAGE: 2
07/01/2016
CLIENT NO:  34653-001M
STATEMENT NO:      741383

HOURS

| | | | | |
|---|---|---|---|---|
| | JPK | Review prior discovery disclosures, schedules and related motions. | 1.25 | *NO CHARGE* |
| 05/24/2016 | MLM | Telephone call with E. Snow regarding documents responsive to Agreement subpoena. | 0.30 | *NO CHARGE* |
| | JPK | Research regarding remedies for failure to pay sanction. | 0.75 | *NO CHARGE* |
| 05/25/2016 | JPK | Review documents provided by Illinois Attorney General in response to subpoena. | 2.50 | |
| 05/27/2016 | JPK | Review correspondence from counsel for KAM regarding inability to pay sanction, including tax returns and related financial documents; correspondence regarding same; research regarding relief available for failure to pay sanction. | 1.50 | *NO CHARGE* |
| 06/01/2016 | JPK | Conference with M. Mathias regarding hearing. | 0.25 | *NO CHARGE* |
| 06/02/2016 | JPK | Telephone conference with opposing counsel regarding outstanding discovery issues. | 0.75 | |
| 06/15/2016 | JPK | Telephone conference with opposing counsel regarding depositions, discovery disputes and possible settlement. | 0.75 | |
| 06/27/2016 | JPK | Draft amended discovery responses. | 2.80 | |
| 06/29/2016 | JPK | Correspondence and conference calls with counsel for DeSouza regarding discovery disputes and settlement documents. | 0.75 | *NO CHARGE* |
| 06/30/2016 | JPK | Review correspondence and additional documents produced by DeSouza concerning settlement and discovery. | 1.25 | |
| | | | 29.00 | 9,894.50 |

## COSTS

| | | | |
|---|---|---|---|
| 05/19/2016 | Bridges Court Reporting- Deposition | | 337.50 |
| | | | 337.50 |
| | **PREVIOUS UNPAID BALANCE** | | $3,963.86 |
| | **TOTAL FEES & COSTS** | | 10,232.00 |

Michael Hollerich

PAGE: 3
07/01/2016
CLIENT NO: 34653-001M
STATEMENT NO: 741383

Hollerich v. Acri

**PLEASE REMIT** $14,195.86

### PAST DUE AMOUNTS

| 0-30 | 31-60 | 61-90 | 91-120 | 121-180 | 181+ |
|------|-------|-------|--------|---------|------|
| 0.00 | 3,963.86 | 0.00 | 0.00 | 0.00 | 0.00 |

**PLEASE NOTE CLIENT AND STATEMENT NUMBER WITH PAYMENT.**

# STAHL COWEN CROWLEY ADDIS LLC

ATTORNEYS

12th Floor
55 West Monroe Street
Chicago, IL 60603

312.641.0060
312.641.6959 Fax

Michael Hollerich
4426 Laren Lane
Dallas  TX  75244

PAGE: 1
09/27/2016
CLIENT NO:  34653-001M
STATEMENT NO:      742782

Hollerich v. Acri

### FEES

| | | | HOURS | |
|---|---|---|---|---|
| 07/01/2016 | JPK | Review J. DeSouza settlement offer; correspondence regarding same; negotiate settlement with opposing counsel. | 1.25 | |
| 07/06/2016 | JPK | Telephone conference with opposing counsel (multiple) regarding outstanding discovery issues and settlement; review motion for extension. | 1.75 | |
| 07/07/2016 | JPK | Review additional documents supplied by opposing counsel. | 1.50 | |
| 07/08/2016 | JPK | Draft revised discovery responses; telephone conference with R. Hirsch regarding merits of claim, discovery and settlement. | 4.50 | |
| 07/11/2016 | JPK | Telephone conference with opposing counsel and client (multiple) and related correspondence to negotiate settlement. | 1.50 | |
| 07/12/2016 | MLM | Multiple conferences with JPK regarding settlement status, depositions and strategy. | 0.50 | *NO CHARGE* |
| 07/14/2016 | JPK | Conference regarding status hearing; review correspondence from opposing counsel regarding settlement. | 0.75 | |
| | MLM | Attend court status hearing. | 0.50 | |
| 07/29/2016 | JPK | Draft settlement agreement. | 2.50 | |
| 08/16/2016 | JPK | Revise settlement agreement; conference call with opposing counsel regarding same. | 1.25 | *NO CHARGE* |
| 08/26/2016 | JPK | Draft and research motion for additional sanctions; continued negotiation and revision of settlement agreement. | 1.50 | |
| 08/29/2016 | JPK | Negotiate settlement agreement with opposing counsel; revise same. | 1.50 | *NO CHARGE* |
| 08/30/2016 | JPK | Telephone conferences and correspondence with opposing counsel negotiating settlement agreement. | 0.75 | |
| 08/31/2016 | JPK | Attendance at status hearing; conference with opposing counsel regarding | | |

Michael Hollerich

Hollerich v. Acri

PAGE: 2
09/27/2016
CLIENT NO: 34653-001M
STATEMENT NO:  742782

|  | | HOURS | |
|---|---|---|---|
| sanctions motion and settlement. | | 1.20 | |
| | | 17.70 | 6,023.00 |

## COSTS

| 07/05/2016 | Federal Express to Richard L Hirsch | 11.50 |
|---|---|---|
| | | 11.50 |

| **PREVIOUS UNPAID BALANCE** | $14,195.86 |
|---|---|
| **TOTAL FEES & COSTS** | 6,034.50 |
| **PLEASE REMIT** | $20,230.36 |

### PAST DUE AMOUNTS

| 0-30 | 31-60 | 61-90 | 91-120 | 121-180 | 181+ |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 10,232.00 | 0.00 | 3,963.86 | 0.00 |

**PLEASE NOTE CLIENT AND STATEMENT NUMBER WITH PAYMENT.**

# STAHL COWEN CROWLEY ADDIS LLC
## ATTORNEYS

12th Floor
55 West Monroe Street
Chicago, IL 60603

312.641.0060
312.641.6959 Fax

Michael Hollerich                                                 PAGE: 1
4426 Laren Lane                                                   10/19/2016
Dallas  TX  75244                               CLIENT NO:  34653-001M
                                                STATEMENT NO:      743456

Hollerich v. Acri

### FEES

|            |     |                                                                                                              | HOURS |        |
|------------|-----|--------------------------------------------------------------------------------------------------------------|-------|--------|
| 09/06/2016 | JPK | Correspondence and conference calls with opposing counsel regarding settlement agreement terms.              | 0.50  |        |
| 09/15/2016 | JPK | Review KAM response to motion for sanctions.                                                                  | 0.75  |        |
| 09/21/2016 | JPK | Correspondence regarding executed settlement agreement; review and revise stipulation to dismiss.            | 0.25  |        |
|            | JPK | Finalize settlement agreement; correspondence with opposing counsel regarding same; conference call with opposing counsel regarding stipulation. | 0.75  |        |
| 09/22/2016 | JPK | Attendance at status hearing; conference with M. Mathias regarding same.                                     | 1.20  |        |
| 09/27/2016 | JPK | Correspondence with opposing counsel regarding dismissal order and settlement payment.                       | 0.20  |        |
|            |     |                                                                                                              | 3.65  | 1,241.00 |

|                         |             |
|-------------------------|-------------|
| **PREVIOUS UNPAID BALANCE** | $20,230.36 |
| **TOTAL FEES & COSTS**      | 1,241.00   |

### PAYMENTS

| 10/19/2016 | Payment on account | -3,710.00 |
|------------|--------------------|-----------|

|                 |            |
|-----------------|------------|
| **PLEASE REMIT** | $17,761.36 |

### PAST DUE AMOUNTS

| 0-30     | 31-60 | 61-90 | 91-120   | 121-180 | 181+ |
|----------|-------|-------|----------|---------|------|
| 6,023.00 | 0.00  | 0.00  | 9,894.50 | 602.86  | 0.00 |

Michael Hollerich

Hollerich v. Acri

PAGE: 2
10/19/2016
CLIENT NO:  34653-001M
STATEMENT NO:      743456

### CLIENT FUNDS

| | | |
|---|---|---:|
| | BEGINNING CLIENT FUNDS BALANCE | $0.00 |
| 09/12/2016 | Deposit of client funds check | 3,710.00 |
| 10/19/2016 | Payment on account | -3,710.00 |
| | ENDING CLIENT FUNDS BALANCE | $0.00 |

**PLEASE NOTE CLIENT AND STATEMENT NUMBER WITH PAYMENT.**

# STAHL COWEN CROWLEY ADDIS LLC
## ATTORNEYS

12th Floor
55 West Monroe Street
Chicago, IL 60603

312.641.0060
312.641.6959 Fax

Michael Hollerich
4426 Laren Lane
Dallas  TX  75244

PAGE: 1
12/01/2016
CLIENT NO:  34653-001M
STATEMENT NO:      744934

Hollerich v. Acri

### FEES

| | | | HOURS | |
|---|---|---|---|---|
| 11/03/2016 | MLM | Review order regarding summary judgment; outline summary judgment. | 0.50 | |
| 11/14/2016 | MLM | Outline and draft motion for summary judgment; outline memorandum in support of summary judgment. | 1.00 | |
| 11/30/2016 | MLM | Outline motion for summary judgment and elements. | 0.50 | |
| | | | 2.00 | 700.00 |
| | | PREVIOUS BALANCE BEFORE ADJUSTMENTS | | $17,761.36 |
| 11/17/2016 | | Write Off per | | -9.00 |
| 11/17/2016 | | Write Off per | | -1,241.00 |
| | | **PREVIOUS UNPAID BALANCE** | | $16,511.36 |
| | | **TOTAL FEES & COSTS** | | 700.00 |

### PAYMENTS

| | | | |
|---|---|---|---|
| 10/28/2016 | Payment on account | | -16,511.36 |
| | **PLEASE REMIT** | | $700.00 |

**PLEASE NOTE CLIENT AND STATEMENT NUMBER WITH PAYMENT.**

# STAHL COWEN CROWLEY ADDIS LLC

ATTORNEYS

12th Floor
55 West Monroe Street
Chicago, IL 60603

312.641.0060
312.641.6959 Fax

|  |  |
|---|---|
| Michael Hollerich | PAGE: 1 |
| 4426 Laren Lane | 01/03/2017 |
| Dallas TX 75244 | CLIENT NO: 34653-001M |
|  | STATEMENT NO: 745582 |

Hollerich v. Acri

### FEES

| | | | HOURS | |
|---|---|---|---|---|
| 12/05/2016 | ARS | Research in preparation to draft Summary Judgment. | 1.40 | |
| | MJL | Drafted Motion for Summary Judgment, conducted research on elements of claims and Federal Court Summary Judgment authority on procedural issues | 2.50 | |
| | MLM | Draft memorandum in support of summary judgment; review answer filed by Acri and Desouza for admitted allegations. | 1.00 | |
| 12/06/2016 | MJL | Cont'd research regarding elements of statutory claims in support of motion for summary judgment | 3.70 | |
| 12/07/2016 | MJL | Cont'd review of pleadings, issues, research and drafting motion for summary judgment | 0.40 | |
| 12/08/2016 | MJL | Cont'd drafting Memo in support of Motion for Summary Judgment | 1.00 | |
| | MLM | Draft statement of uncontested facts; review deposition of Clayton Laurie; exchange correspondence with judge's clerk regarding extension; send Lawrie deposition to client; identify pages to use of transcript (2.0 - N/C). | 2.00 | |
| 12/09/2016 | MJL | Cont'd drafting Memo in support of Motion for Summary judgment, drafted affidavit of Laura Hollerich | 3.90 | |
| | MLM | Draft statement of undisputed facts; draft affidavit of Michael Hollerich; draft affidavit of Laura Hollerich (3.0 - N/C). | 2.00 | |
| 12/12/2016 | MLM | Draft affidavit of Megan Mathias; revise motion, memorandum and other documents for filing; exchange correspondence with L. Hollerich regarding documents to be filed. | 3.00 | |
| | | | 20.90 | 6,645.00 |
| | | **PREVIOUS UNPAID BALANCE** | | $700.00 |
| | | **TOTAL FEES & COSTS** | | 6,645.00 |

Michael Hollerich

Hollerich v. Acri

PAGE: 2
01/03/2017
CLIENT NO: 34653-001M
STATEMENT NO: 745582

**PAYMENTS**

| | | |
|---|---|---|
| 12/30/2016 | Payment on account | -700.00 |

**PLEASE REMIT** $6,645.00

**PLEASE NOTE CLIENT AND STATEMENT NUMBER WITH PAYMENT.**

# STAHL COWEN CROWLEY ADDIS LLC
ATTORNEYS

12th Floor
55 West Monroe Street
Chicago, IL 60603

312.641.0060
312.641.6959 Fax

Michael Hollerich
4426 Laren Lane
Dallas  TX  75244

PAGE: 1
02/01/2017
CLIENT NO:  34653-001M
STATEMENT NO:      746162

Hollerich v. Acri

**PREVIOUS UNPAID BALANCE**                                    $6,645.00

**PLEASE REMIT**                                              $6,645.00

### PAST DUE AMOUNTS

| 0-30 | 31-60 | 61-90 | 91-120 | 121-180 | 181+ |
|------|-------|-------|--------|---------|------|
| 6,645.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

**PLEASE NOTE CLIENT AND STATEMENT NUMBER WITH PAYMENT.**

# STAHL COWEN CROWLEY ADDIS LLC

ATTORNEYS

12th Floor
55 West Monroe Street
Chicago, IL 60603

312.641.0060
312.641.6959 Fax

|  |  |
|---|---|
| Michael Hollerich | PAGE: 1 |
| 4426 Laren Lane | 03/01/2017 |
| Dallas  TX  75244 | CLIENT NO:  34653-001M |
|  | STATEMENT NO:      746826 |

Hollerich v. Acri

### FEES

|  |  |  |  | HOURS |  |
|---|---|---|---|---|---|
| 02/09/2017 | MLM | Send update to client; exchange correspondence with opposing counsel regarding extension request (0.3 - N/C) |  | 0.30 | *NO CHARGE* |
| 02/27/2017 | MLM | Review order regarding briefing schedule; telephone call with judge's clerk regarding reply brief (when defendant never responded). |  | 0.30 |  |
| 02/28/2017 | MLM | Draft reply to Judge Shah; send to client. |  | 0.60 | _____ |
|  |  |  |  | 0.90 | 324.00 |

### COSTS

| 12/13/2016 |  | Bridges Court Reporting- Deposition |  |  | 1,012.50 |
|---|---|---|---|---|---|
|  |  |  |  |  | 1,012.50 |

| **PREVIOUS UNPAID BALANCE** | $6,645.00 |
|---|---|
| **TOTAL FEES & COSTS** | 1,336.50 |
| **PLEASE REMIT** | $7,981.50 |

### PAST DUE AMOUNTS

| 0-30 | 31-60 | 61-90 | 91-120 | 121-180 | 181+ |
|---|---|---|---|---|---|
| 0.00 | 6,645.00 | 0.00 | 0.00 | 0.00 | 0.00 |

**PLEASE NOTE CLIENT AND STATEMENT NUMBER WITH PAYMENT.**

# STAHL COWEN CROWLEY ADDIS LLC
## ATTORNEYS

12th Floor
55 West Monroe Street
Chicago, IL 60603

312.641.0060
312.641.6959 Fax

Michael Hollerich
4426 Laren Lane
Dallas  TX  75244

PAGE: 1
04/03/2017
CLIENT NO:  34653-001M
STATEMENT NO:       747526

Hollerich v. Acri

### FEES

|            |     |                                                        | HOURS |        |
|------------|-----|--------------------------------------------------------|-------|--------|
| 03/01/2017 | MLM | File reply in support of summary judgment.             | 0.50  |        |
| 03/30/2017 | MLM | Revise 56.1 statement and file with the court with motion. | 0.30  |        |
|            |     |                                                        | 0.80  | 288.00 |

| | | |
|---|---|---|
| **PREVIOUS UNPAID BALANCE** | | $7,981.50 |
| **TOTAL FEES & COSTS** | | 288.00 |

### PAYMENTS

| | | |
|---|---|---|
| 03/27/2017 | Payment on account | -7,981.50 |

| | | |
|---|---|---|
| **PLEASE REMIT** | | $288.00 |

**PLEASE NOTE CLIENT AND STATEMENT NUMBER WITH PAYMENT.**

# STAHL COWEN CROWLEY ADDIS LLC
## ATTORNEYS

12th Floor
55 West Monroe Street
Chicago, IL 60603

312.641.0060
312.641.6959 Fax

|  |  |
|---|---|
|  | PAGE: 1 |
| Michael Hollerich | 05/01/2017 |
| 4426 Laren Lane | CLIENT NO:  34653-001M |
| Dallas  TX  75244 | STATEMENT NO:      748211 |

Hollerich v. Acri

### **FEES**

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 04/10/2017 | MLM | Review order granting summary judgment; exchange correspondence with client regarding same. | 0.50 |  |
| 04/11/2017 | MLM | Review file regarding criminal case status; send documents to client. | 0.30 |  |
|  |  |  | 0.80 | 288.00 |

| **PREVIOUS UNPAID BALANCE** | $288.00 |
|---|---|
| **TOTAL FEES & COSTS** | 288.00 |
| **PLEASE REMIT** | $576.00 |

#### PAST DUE AMOUNTS

| 0-30 | 31-60 | 61-90 | 91-120 | 121-180 | 181+ |
|---|---|---|---|---|---|
| 288.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

**PLEASE NOTE CLIENT AND STATEMENT NUMBER WITH PAYMENT.**

# STAHL COWEN CROWLEY ADDIS LLC
## ATTORNEYS

12th Floor
55 West Monroe Street
Chicago, IL 60603

312.641.0060
312.641.6959 Fax

|  |  |
|---|---|
| | PAGE: 1 |
| Michael Hollerich | 06/01/2017 |
| 4426 Laren Lane | CLIENT NO:  34653-001M |
| Dallas  TX  75244 | STATEMENT NO:      749047 |

Hollerich v. Acri

### FEES

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 05/05/2017 | MLM | Exchange messages with D. Miller regarding judgment and settlement issues. | 0.20 | |
| 05/09/2017 | MLM | Exchange correspondence and calls with D. Miller regarding revisions to judgment and payment to Hollerich. | 0.30 | |
| 05/11/2017 | MLM | Exchange correspondence with D. Miller regarding Kenilworth's proposal for payment now. | 0.20 | |
| | MLM | Trip to court regarding Kenilworth Motion. | 0.50 | |
| 05/17/2017 | MLM | Exchange correspondence with D. Miller regarding payment. | 0.30 | |
| 05/31/2017 | MLM | Send and receive correspondence to D. Miller regarding status of settlement. | 0.20 | |
| | | | 1.70 | 612.00 |

|  |  |
|---|---|
| **PREVIOUS UNPAID BALANCE** | $576.00 |
| **TOTAL FEES & COSTS** | 612.00 |

### PAYMENTS

|  |  |  |
|---|---|---|
| 05/16/2017 | Payment on account | -288.00 |
| 06/06/2017 | Payment on account | -288.00 |
| | **TOTAL PAYMENTS** | -576.00 |
| | **PLEASE REMIT** | $612.00 |

**PLEASE NOTE CLIENT AND STATEMENT NUMBER WITH PAYMENT.**

# STAHL COWEN CROWLEY ADDIS LLC
## ATTORNEYS

12th Floor
55 West Monroe Street
Chicago, IL 60603

312.641.0060
312.641.6959 Fax

|  |  |
|---|---|
| Michael Hollerich | PAGE: 1 |
| 4426 Laren Lane | 07/03/2017 |
| Dallas  TX  75244 | CLIENT NO:  34653-001M |
|  | STATEMENT NO:      749673 |

Hollerich v. Acri

### FEES

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 06/16/2017 | MLM | Exchange correspondence with L. Hollerich regading settlement authorization. | 0.20 | |
| 06/21/2017 | MLM | Review draft settlement agreement from D. Miller. | 0.50 | |
| 06/23/2017 | MLM | Review proposed settlement agreement. | 0.40 | |
| 06/27/2017 | MLM | Calls from D. Miller; review settlement offer. | 0.30 | |
|  |  |  | 1.40 | 504.00 |
|  |  | **PREVIOUS UNPAID BALANCE** |  | $612.00 |
|  |  | **TOTAL FEES & COSTS** |  | 504.00 |

### PAYMENTS

| 06/29/2017 |  | Payment on account |  | -612.00 |
|---|---|---|---|---|
|  |  | **PLEASE REMIT** |  | $504.00 |

**PLEASE NOTE CLIENT AND STATEMENT NUMBER WITH PAYMENT.**

# STAHL COWEN CROWLEY ADDIS LLC
## ATTORNEYS

12th Floor
55 West Monroe Street
Chicago, IL 60603

312.641.0060
312.641.6959 Fax

|  |  |
|---|---|
|  | PAGE: 1 |
| Michael Hollerich | 08/01/2017 |
| 4426 Laren Lane | CLIENT NO:  34653-001M |
| Dallas  TX  75244 | STATEMENT NO:      750658 |

Hollerich v. Acri

### FEES

| | | | HOURS | |
|---|---|---|---|---|
| 07/06/2017 | MLM | Review correspondence from J. DeSouza regarding request for extension of time regarding payments; send to client (.3 - N/C). | 0.30 | |
| 07/10/2017 | MLM | Call from D. Miller; exchange correspondence with D. Miller regarding settlement terms; exchange correspondence with L. Hollerich regarding final damage amount. | 0.30 | |
| 07/11/2017 | MLM | Send correspondence to D. Miller regarding judgment amount; review proposed settlement agreement. | 0.50 | |
| 07/13/2017 | MLM | Exchange correspondence with D. Miller regarding settlement agreement; revise agreement. | 0.50 | |
| 07/14/2017 | MLM | Exchange correspondence with D. Miller regarding structure of settlement agreement (.3 - N/C) | 0.30 | *NO CHARGE* |
| 07/18/2017 | MLM | Exchange correspondence with D. Miller regarding structure of settlement. | 0.30 | |
| | | | 1.90 | 684.00 |

| | |
|---|---|
| **PREVIOUS UNPAID BALANCE** | $504.00 |
| **TOTAL FEES & COSTS** | 684.00 |
| **PLEASE REMIT** | $1,188.00 |

#### PAST DUE AMOUNTS

| 0-30 | 31-60 | 61-90 | 91-120 | 121-180 | 181+ |
|---|---|---|---|---|---|
| 504.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

**PLEASE NOTE CLIENT AND STATEMENT NUMBER WITH PAYMENT.**

# STAHL COWEN CROWLEY ADDIS LLC

### ATTORNEYS

12th Floor
55 West Monroe Street
Chicago, IL 60603

312.641.0060
312.641.6959 Fax

|  |  |
|---|---|
| Michael Hollerich | PAGE: 1 |
| 4426 Laren Lane | 09/01/2017 |
| Dallas TX 75244 | CLIENT NO: 34653-001M |
|  | STATEMENT NO: 750946 |

Hollerich v. Acri

**PREVIOUS UNPAID BALANCE**        $1,188.00

### PAYMENTS

09/07/2017     Payment on account        -504.00

**PLEASE REMIT**        $684.00

#### PAST DUE AMOUNTS

| 0-30 | 31-60 | 61-90 | 91-120 | 121-180 | 181+ |
|------|-------|-------|--------|---------|------|
| 0.00 | 684.00 | 0.00 | 0.00 | 0.00 | 0.00 |

**PLEASE NOTE CLIENT AND STATEMENT NUMBER WITH PAYMENT.**