# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Michael Hollerich, et al.,

Plaintiff(s),

v.

Robert C. Acri, et al.,

Defendant(s).

Case No. 14-cv-10411
Judge Manish Shah

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $        ,

which ☐ includes $ pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: in favor of plaintiffs Michael Hollerich and Laura Hollerich and against defendants Robert C. Acri, Kenilworth Asset Management, LLC, Quentin Woods Corporation, Praedium Development Corp., and KAM Private Fund, LLC in the amount of $208,959.20 in compensatory damages, $62,186.22 in attorneys' fees, and $1,274.15 in costs, for a total judgment amount of $272,419.57.

This action was *(check one)*:

☐ tried by a jury with Judge Manish Shah presiding, and the jury has rendered a verdict.
☐ tried by Judge Manish Shah without a jury and the above decision was reached.
☒ decided by Judge Manish Shah on a motion.

Date: 4/5/2018                                    Thomas G. Bruton, Clerk of Court

Susan McClintic , Deputy Clerk